Eric Stephenson (9779)
STEPHENSON LAW FIRM
250 North Redcliffs Drive, 4B #254
Saint George, Utah 84790
Phone: (801) 386-5200
ericstephenson@utahjustice.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br>vs.<br><br>T.T. II INC., dba UTAH DOLLHOUSE and TORI WILKINSON aka TORRI ARMSTRONG,<br><br>    Defendant. | **ORDER GRANTING EX PARTE MOTION TO PROCEED PSEUDONYMOUSLY**<br><br>Case Number: 2:24-cv-00879-DAK<br>Judge: Dale A. Kimball |

Plaintiff requested this Court to issue an *ex parte* order allowing her to appear in this case pseudonymously under the pseudonym Jane Doe. After reviewing the request and for good cause and exceptional circumstances appearing herein, the Court hereby GRANTS the request.

Plaintiff may appear as Jane Doe in the records of this case. Her interest in privacy, the risk of causing further harm, and because the subject of this case is highly sensitive, it is appropriate to protect the identity of the Plaintiff from the general public.

SO ORDERED: November 26, 2024.    BY THE COURT:

_____
*Dale A. Kimball*
*United States District Judge*